**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Elgin Ray LOFTON, a.k.a. E–Luv,
Defendant–Appellant.**

**No. 09–10035
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

June 9, 2009.

Elgin Ray Lofton, Lompoc, CA, pro se.

Yvette Rhodes, Tampa, FL, for Plaintiff–Appellee.

---

**1.** *Kimbrough v. United States*, 552 U.S. 85, 128 S.Ct. 558, 169 L.Ed.2d 481 (2007).

Patricia D. Barksdale, Jacksonville, FL, for Plaintiff–Appellee.

Before BLACK, BARKETT and COX, Circuit Judges.

PER CURIAM:

Leonard E. Clark, appointed counsel for Elgin Ray Lofton in this 18 U.S.C. § 3582(c)(2) proceeding, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguably meritorious issues, counsel's motion to withdraw is GRANTED, and the denial of Lofton's § 3582(c)(2) motion is AFFIRMED.

Before BLACK, BARKETT and KRAVITCH, Circuit Judges.